# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LI YING XIAN,** | : CIVIL ACTION NO. 1:09-CV-0479 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **EMERALD GARDEN II, INC.,** | : |
| Defendant | : |

## **ORDER**

AND NOW, this 6th day of May, 2009, upon consideration of the order of court (Doc. 5) dated April 22, 2009, which struck plaintiff's complaint (Doc. 1) for failure to comply with Rule 11(a) of the Federal Rules of Civil Procedure, and it appearing that the court granted plaintiff leave to file an amended complaint on or before May 1, 2009 and advised plaintiff that failure to do so would result in the closure of the above-captioned matter, and it further appearing that, as of the date hereof, plaintiff has not filed an amended complaint, it is hereby ORDERED that the Clerk of Court is instructed to CLOSE this case.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge